Opinion issued July 12, 2016



In The

# Court of Appeals

For The

## First District of Texas

_____

## NO. 01-16-00135-CV

_____

### MOMIN PROPERTIES, INC. AND
### W&J INVESTMENTS, INC. D/B/A GAS 'N' STUFF, Appellants

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1003171**

---

## MEMORANDUM OPINION

Appellants, Momin Properties, Inc. and W&J Investments, Inc., have filed an unopposed motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Massengale.